FILED
CHARLOTTE, NC

JUL 24 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Case No. 3:09MJ172 |
| | ) | |
| V. | ) | Charging District: Southern District of Iowa |
| | ) | Charging District's Case No. 4:08-cr-173 |
| Charles Anthony Penn | ) | |
| | ) | |

**ORDER**

Pursuant to Rule 40(c) of the Federal Rules of Criminal Procedure, the Court modifies the terms of the bond initially set in the Southern District of Iowa to add the following conditions:

1) The Defendant shall not assault, threaten or harass Ms. Debbie Jackson in any way;

2) The Defendant shall not have any contact whatever with Bill Cox or any other employee of Pinnacle Promotions; and

3) The Defendant shall timely appear for his next court appearance in the underlying child support matter on Monday, July 27, 2009 at 2:30 P.M. in the Southern District of Iowa.

These additional conditions are intended to ensure the safety of the community in light of the Defendant's recent local misdemeanor charges. They are also intended to further incent the Defendant to appear as scheduled for court in Iowa on Monday, July 27, 2009 (and take into account that the Defendant has already purchased airline tickets for this purpose).

SO ORDERED.

This the 24th day of July, 2009.

_____
DAVID C. KEESLER
U.S. MAGISTRATE COURT JUDGE